ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 09 2025

Kevin P. Weimer, Clerk
By:  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KORY KEON SOLOMON | Criminal Indictment<br><br>No.<br>1:25-CR-0405 |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown, and continuing until on or about February 24, 2022, in the Northern District of Georgia and elsewhere, the defendant, KORY KEON SOLOMON, did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with others known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with intent to distribute at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about February 24, 2022, in the Northern District of Georgia and elsewhere, the defendant, KORY KEON SOLOMON, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally

possess with intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(B), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

### Count Three

On or about February 24, 2022, in the Northern District of Georgia, the defendant, KORY KEON SOLOMON, did knowingly possess a firearm, that is, a Glock pistol, in furtherance of at least one drug trafficking crime for which he may be prosecuted in a court of the United States, that is: conspiracy to possess a controlled substance with the intent to distribute as alleged in Count 1 of this Indictment, and possession of a controlled substance with the intent to distribute as alleged in Count 2 of this Indictment, all in violation of Title 18, United States Code, Section 924(c)(1)(A).

### Forfeiture Provision

Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant, KORY KEON SOLOMON, shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations, including, but not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency representing the amount of proceeds obtained as a result of the offenses alleged in Counts One and Two of this Indictment.

Upon conviction of the offense alleged in Count Three of this Indictment, the defendant, KORY KEON SOLOMON, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, or ammunition involved in or used in the offenses.

If, any of the property subject to forfeiture, as a result of any act or omission of the defendant:

 (a) cannot be located upon the exercise of due diligence;

 (b) has been transferred or sold to, or deposited with, a third party;

 (c) has been placed beyond the jurisdiction of the court;

 (d) has been substantially diminished in value; or

 (e) has been commingled with other property which cannot be divided without difficulty,

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A __True__ BILL

__/s/__
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

__/s/ Johnny Baer__
JOHNNY BAER
*Assistant United States Attorney*
Georgia Bar No. 624868
600 U.S. Courthouse, 75 Ted Turner Drive S.W.
Atlanta, GA 30303

4